No. 04-99-00402-CR

Arthur L. CHAVARRIA,

Appellant

v.

The STATE of Texas,

Appellee

From the 187th Judicial District Court, Bexar County, Texas

Trial Court No. 96CR1960

Honorable Raymond Angelini, Judge Presiding


PER CURIAM

Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Alma L. López, Justice

Delivered and Filed: December 15, 1999


DISMISSED

 On November 16, 1999, we abated this appeal to the trial court for an abandonment hearing.
See Tex. R. App. P 38.8(b)(2). On December 1, 1999, the trial court filed its findings of fact and
conclusions of law, together with a reporter's record from the abandonment hearing. Therefore, the
appeal is reinstated on the docket of this court.

 Appellant has now filed a motion to dismiss this appeal by withdrawing his notice of appeal.
The appellant's motion to dismiss is granted, and this appeal is dismissed. See Tex. R. App. P.
42.2(a).

 PER CURIAM

DO NOT PUBLISH